AO 247 (02/08)   Order Regarding Motion for Sentence Reduction

# UNITED STATES DISTRICT COURT
for the

District of Connecticut

| | |
|---|---|
| United States of America ) | |
| v. ) | Case No: 3:02CR00250(AWT) |
| Frederick King ) | USM No: 14840-014 |
| Date of Previous Judgment: August 14, 2003 ) | John J. Quinn |
| (Use Date of Last Amended Judgment if Applicable) ) | Defendant's Attorney |

**Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)**

Upon motion of ☐ the defendant ☐ the Director of the Bureau of Prisons ☒ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion,

**IT IS ORDERED** that the motion is:
☐ DENIED.   ☒ GRANTED and the defendant's previously imposed sentence of imprisonment (as reflected in the last judgment issued) of __84__ months **is reduced to** __70__.

**I. COURT DETERMINATION OF GUIDELINE RANGE** (Prior to Any Departures)
Previous Offense Level: __31__          Amended Offense Level: __29__
Criminal History Category: __V__        Criminal History Category: __V__
Previous Guideline Range: __168__ to __210__ months   Amended Guideline Range: __140__ to __175__ months

**II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE**
☐ The reduced sentence is within the amended guideline range.
☒ The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.
☐ Other (explain):

**III. ADDITIONAL COMMENTS**
If this sentence exceeds the amount of time the defendant has already served, the sentence is reduced to a 'Time Served' sentence.

Except as provided above, all provisions of the judgment dated __8/18/2003__ shall remain in effect.
**IT IS SO ORDERED.**

Order Date:   March 3, 2008

                                                                         Judge's signature

Effective Date: March 13, 2008                       __Alvin W. Thompson, United States District Judge__
        (if different from order date)                           Printed name and title